In the Matter of the Application of MARION T. ECKSTROM, etc. ADOLPH G. ECKSTROM, Appellant. In the Matter of the Application of Petitioner for an Order Declaring no Longer Operative Certain Provisions of the Final Order of September 25, 1939, and the Order of January 15, 1941, in This Proceeding and Canceling the Bond Filed Herein.— Motion for leave to appeal to the Court of Appeals and for a stay of the cancellation of the bond filed by petitioner pending said appeal denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of MARION T. ECKSTROM, etc. ADOLPH G. ECKSTROM, Appellant. In the Matter of the Application of Petitioner for an Order Declaring no Longer Operative Certain Provisions of the Final Order of September 25, 1939, and the Order of January 15, 1941, in This Proceeding and Canceling the Bond Filed Herein.— Motion for an order extending stay denied and stay vacated. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

PAULINE TKACH and MICHAEL TKACH v. MONTEFIORE HOSPITAL FOR CHRONIC DISEASES, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 135.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

## (June 8, 1942.)

In the Matter of the Application of HARRY M. WILLIAMS, as Attorney-in-Fact of HENRY M. WILLIAMS, Petitioner, Appellant, for an Order Directed to PATRICK WALSH, as Fire Commissioner, and Others, Respondents.— Order reversed, without costs, and motion granted, on the authority of Roper v. Walsh (ante, p. 325), decided herewith. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to affirm. Settle order on notice.

## (June 12, 1942.)

DAVID ELLIOTT and Others, Plaintiffs, Appellants, v. TEACHERS COLLEGE, Defendant, Respondent, and JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Defendant, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [177 Misc. 746.]

OTTO CHURCHLER, Respondent, v. FUR MERCHANTS COLD STORAGE Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

RENE MULLER, Appellant, v. EDWIN O. HOLTER and SARAH SAGE HOLTER, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOISSAYE MARANS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSOFF BROTHERS, INC., Appellant, v. ALLIANCE CASUALTY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.